# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:14-CV-00231-FDW-DSC

| | |
|---|---|
| **JENNIFER L. FAULKNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **CAROLYN W. COLVIN,** | ) |
| | ) |
| **Defendant.** | ) |

**THIS MATTER** is before the Court sua sponte following the Court of Appeals' decision in Mascio v. Colvin, 2015 WL 1219530 (4th Cir. March 18, 2015).

Plaintiff is granted leave to file a supplemental brief on or before May 12, 2015, limited to addressing the potential impact of the Fourth Circuit's decision in Mascio on his appeal.

In the event Plaintiff files a supplemental brief, Defendant is granted leave to file a supplemental brief on or before May 26, 2015.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: April 28, 2015

David S. Cayer
United States Magistrate Judge